IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

RICHARD W. TAYLOR AND RICHARD
W. TAYLOR, P.A.,

     Appellants,

 v.

Case No.  5D22-2901
LT Case No. 2001-10927-PRDL

CHRISTOPHER N. BAVARO, FRANK J.
BAVARO, JR., SUNDAY A. STEFANIW AND
FRANCES BAVARO-HARLE, INDIVIDUALLY
AND AS PERSONAL REPRESENTATIVE OF
THE ESTATE OF FRANK J. BAVARO, SR.,

     Appellees.

_____/

Decision filed July 11, 2023

Appeal from the Circuit Court
for Volusia County,
Margaret W. Hudson, Judge.

Richard W. Taylor, of Taylor and
Nordman, P.A., Deland, for
Appellants.

Richard Barry Morgan, of Morgan
Law Office, P.A., Orlando, for
Appellee, Christopher N. Bavaro.

No Appearance for Other Appellees.

PER CURIAM.

AFFIRMED.

EDWARDS, C.J., WALLIS and MACIVER, JJ., concur.